STATE OF MONTANA, Plaintiff, vs. THOMAS P. McGUINN, Defendant.

## DECISION

No. 9218

The application of the above-named defendant for a review of the sentence of 100 years imposed on February 23, 1977, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall be amended to 100 years with 50 years suspended.

The reasons for the reduction in sentence are as follows:

(1) The Defendant had no previous criminal history whatsoever,

(2) This Division did not hear from the County Attorney or the Sentencing Judge in a matter of this grave importance,

(3) There was no presentence report, and

(4) There were no reasons stated in the judgment as to why this great of a sentence was imposed on this individual.

JUDGE SALANSKY DISSENTS: He would recommend suspending 25 years but not 50 years.

We wish to thank Leonard Haxby, Attorney from Butte for his assistance to the Defendant and to this Court.

DATED this 12th day of May, 1982.

SENTENCE REVIEW DIVISION
Leonard Langen, Chairman; Joseph Gary, James Salansky